# Exhibit B—October 5, 2021 Emails of Frank Bednard re DOJ Referral

# Allen, Shirley

**From:** Blanchard, Adam
**Sent:** Wednesday, June 8, 2022 8:40 AM
**To:** Allen, Shirley
**Subject:** Fw: Special attention from Frank

**From:** Bednard, Frank <FBednard@cvs.k12.mi.us>
**Sent:** Tuesday, October 5, 2021 11:09 AM
**To:** Board Members <BoardMembers@cvs.k12.mi.us>
**Cc:** Roberts, Ronald <RRoberts@cvs.k12.mi.us>
**Subject:** FW: Special attention to Frank

Hello,

FYI.  I forwarded this email (below) from Sandra Hernden along with a complaint about her and Mothers of Liberty to Department of Justice.

Frank B.

**From:** sandra hernden <herndens883@yahoo.com>
**Sent:** Monday, October 4, 2021 9:44 PM
**To:** Sibley, Paul <PSibley@cvs.k12.mi.us>; Pyden, Beth <BPyden@cvs.k12.mi.us>; Brosky, Donald <DBrosky@cvs.k12.mi.us>; Aquino, Denise <DAquino@cvs.k12.mi.us>; lcardamone@cvs.k12.mi.us; apatzert@cvs.k12.mi.us; Sobah, George <GSobah@cvs.k12.mi.us>; Roberts, Ronald <RRoberts@cvs.k12.mi.us>; Bednard, Frank <FBednard@cvs.k12.mi.us>; Wojtowicz, Robert <RWojtowicz@cvs.k12.mi.us>
**Subject:** Special attention to Frank

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.
https://mtsu.edu/first-amendment/post/1985/6th-circuit-says-school-board-s-public-comment-rules-violate-first-amendment?fbclid=IwAR1v2uq0ZfYKyVdLi8v3denR3ZibJ4pNmipeYkAfJupj4jt14kmAzZMscqM

Once again, law on parents side. Maybe a lil more due care and caution at the next meeting Frank. You know, when you let your hatred you have for me take hold and you interrupt me.
1st 2 were free…

Sent from my iPhone

> On Oct 3, 2021, at 8:48 AM, sandra hernden <herndens883@yahoo.com> wrote:
>
> It's really interesting what people post in social media isn't it?
> Yet you want every parent to believe that when it comes to placing a new board member, these 2 can be fair and impartial?
> This is beyond having a personal life Frank, especially when it's know you're a member on the board of education. A total conflict of interest.
>
> Happy reading.
> <image0.jpeg>

1

&lt;image1.jpeg&gt;
&lt;image2.jpeg&gt;
&lt;image3.jpeg&gt;
&lt;image4.jpeg&gt;
&lt;image5.jpeg&gt;
&lt;image6.jpeg&gt;
&lt;image7.jpeg&gt;
&lt;image8.jpeg&gt;
&lt;image9.jpeg&gt;
&lt;image10.jpeg&gt;
&lt;image11.jpeg&gt;
&lt;image12.jpeg&gt;

**From:** Bednard, Frank <FBednard@cvs.k12.mi.us>
**Sent:** Tuesday, October 5, 2021 10:53 AM
**To:** Roberts, Ronald
**Subject:** DOJ Investigations for Threatening/Intimidating behavior at School Board Meetings

Hello DOJ,

I appreciate your looking into these groups of people who bring such threats to anybody that stands in their way. The email I included below is from Sandra Hernden. This woman, Sandra Hernden, comes to every meeting to harass our board, administration, and community who oppose her views. She is over dramatic, and refuses to listen to any direction I may give her about her inappropriate and threatening comments. Last week she compared the tattoos Nazi Germany gave Jewish people to identify them in WW2 to Masking mandate of today (even though mask are not mandated in our district). We understand that Sandra has no children in our schools, is not a resident of our district, and goes around to school board meetings throughout the tri county area to promote her agenda in any way she can including threats and intimidation. She is part of a group called, "Mothers of Liberty" that attend our meetings. This group of people attend every meeting, and because their threats and demeanor are so intimidating, no community members who oppose their message will come to the meeting to speak because they are afraid of what this group would do to them for standing up to them.

Our school district has over 15,000 students. We know that they have not gained any traction as it is the same 10-15 people that show up every meeting to intimidate, threaten, and harass. Anything that could be done to curb this behavior by these people would be greatly appreciated by our board, administration, and our community.

Thank you!

Frank Bednard
President, Chippewa Valley Schools Board of Education
(586)823-3106

**From:** sandra hernden <herndens883@yahoo.com>
**Sent:** Monday, October 4, 2021 9:44 PM
**To:** Sibley, Paul <PSibley@cvs.k12.mi.us>; Pyden, Beth <BPyden@cvs.k12.mi.us>; Brosky, Donald <DBrosky@cvs.k12.mi.us>; Aquino, Denise <DAquino@cvs.k12.mi.us>; lcardamone@cvs.k12.mi.us; apatzert@cvs.k12.mi.us; Sobah, George <GSobah@cvs.k12.mi.us>; Roberts, Ronald <RRoberts@cvs.k12.mi.us>; Bednard, Frank <FBednard@cvs.k12.mi.us>; Wojtowicz, Robert <RWojtowicz@cvs.k12.mi.us>
**Subject:** Special attention to Frank

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

https://mtsu.edu/first-amendment/post/1985/6th-circuit-says-school-board-s-public-comment-rules-violate-first-amendment?fbclid=IwAR1v2uqOZfYKyVdLi8v3denR3ZibJ4pNmipeYkAfJupj4jt14kmAzZMscqM

Once again, law on parents side. Maybe a lil more due care and caution at the next meeting Frank. You know, when you let your hatred you have for me take hold and you interrupt me.
1st 2 were free...

1

Sent from my iPhone