IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| SANDRA HERNDEN,<br>an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>CHIPPEWA VALLEY SCHOOLS BOARD OF EDUCATION, a government body, FRANK BEDNARD, in his official capacity as President of Chippewa Valley Schools and in his individual capacity, and ELIZABETH PYDEN, in her official capacity of Secretary of Chippewa Valley Schools and in her individual capacity.<br><br>      Defendants. | Case No.: 2:22-cv-12313-MAG-DRG<br><br>Judge Mark A. Goldsmith<br>Magistrate David R. Grand<br><br>**STIPULATION TO EXTEND DEADLINE** |

## STIPULATION TO EXTEND DEADLINE

The parties request this Court grant the parties extension to file their initial disclosures under Fed. R. Civ. Pro. 26. The current deadline in the Court's Scheduling Order has set December 30, 2022 as the date on which initial disclosures are due, and the parties request the Court amend that date to January 20, 2023.

                                                  s/Stephen Delie
                                                  Stephen A. Delie (P80209)
                                                  Mackinac Center Legal Foundation
                                                  140 W. Main Street
                                                  Midland, MI 48640
                                                  989-698-1918
                                                  Delie@mackinac.org

/s/John L. Miller (signed with permission)
Timothy Mullins (P28021)
Kenneth B. Chapie (P66148)
John L. Miller (P71913)
Giarmarco, Mullins & Horton, P.C.
*Attorneys for Defendants*
101 W. Big Beaver Road, 10th Floor
Troy, MI 48084-5280
(248) 457-7020
tmullins@gmhlaw.com
kchapie@gmhlaw.com
jmiller@gmhlaw.com

**STATEMENT OF CONCURRENCE UNDER LOCAL RULE 7.1**

The undersigned counsel certifies that counsel communicated in writing with opposing counsel, explaining the nature of the relief to be sought by way of this motion and seeking concurrence in the relief, and obtained such concurrence.

Dated: December 20, 2022	s/Stephen Delie
	Stephen A. Delie (P80209)
	Mackinac Center Legal Foundation
	140 W. Main Street
	Midland, MI 48640
	989-698-1918
	Delie@mackinac.org
	P80209

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

| | |
|---|---|
| SANDRA HERNDEN,<br>an individual,<br><br>      Plaintiff,<br><br>      v.<br><br>CHIPPEWA VALLEY SCHOOLS BOARD OF EDUCATION, a government body, FRANK BEDNARD, in his official capacity as President of Chippewa Valley Schools and in his individual capacity, and ELIZABETH PYDEN, in her official capacity of Secretary of Chippewa Valley Schools and in her individual capacity.<br><br>      Defendants. | Case No.: 2:22-cv-12313-MAG-DRG<br><br>Judge Mark A. Goldsmith<br>Magistrate David R. Grand<br><br>**PROPOSED ORDER** |

## ORDER

Based on the stipulation of the parties, the Court orders that the deadline for the parties to exchange their initial disclosures under Fed. R. Civ. Pro. 26 be extended to January 20, 2023.

SO ORDERED.

Dated: December 21, 2022　　　　　　　　s/Mark A. Goldsmith
       Detroit, Michigan　　　　　　　　　　MARK A. GOLDSMITH
                                                      United States District Judge